SMITH, GAMBRELL & RUSSELL, LLP
1301 Avenue of the Americas, 21st Floor
New York, New York 10019
Tel: (212) 907-9700
Fax: (212) 907-9800
Michael P. Regan
mregan@sgrlaw.com
*Attorney for Defendant, Iain Roache*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| 28th HIGHLINE ASSOCIATES, L.L.C., | : | |
| | : | |
| Plaintiff, | : | Case No. 18 Civ. 1468 (RWS)(KHP) |
| | : | |
| - against - | : | |
| | : | **NOTICE OF MOTION** |
| IAIN ROACHE, | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Michael P. Regan, executed on March 27, 2018, and the exhibits annexed thereto, the Declaration of Iain Roache, executed on March 27, 2018, and the exhibit annexed thereto, and the Declaration of Jesse Gordon, executed on March 27, 2018, and the exhibits annexed thereto, Defendant Iain Roache, by and through his attorneys Smith, Gambrell & Russell, LLP, hereby moves this Court, before the Honorable Robert W. Sweet, U.S.D.J., at the United States District Court for the Southern District of New York, located at 500 Pearl Street, Courtroom 18C, New York, New York 10007, on April 18, 2018, at 12:00 p.m., or at a date and time to be directed by the Court, for an Order pursuant to Rule 12(b)(4) and Rule 12(b)(5) of the Federal Rules of Civil Procedure, dismissing the Complaint of Plaintiff 28th Highline Associates, L.L.C. in its entirety, and granting such other and further relief as the Court may deem just and proper.

SGR/18115735.1

PLEASE TAKE FURTHER NOTICE that answering papers, if any, should be filed in accordance with the briefing schedule set by the Court or, in the absence of a specific order, pursuant to Rule 6.1(b) of the Local Civil Rules of the Southern District of New York.

Dated: New York, New York
March 27, 2018

SMITH, GAMBRELL & RUSSELL, LLP

By: __/s/ Michael P. Regan__
     Michael P. Regan

1301 Avenue of the Americas, 21st Floor
New York, New York 10019
Tel: (212) 907-9700
Fax: (212) 907-9800
mregan@sgrlaw.com
*Attorney for Defendant, Iain Roache*

To: Emily Reisbaum, Esq.
Nicole Gueron, Esq.
CLARICK GUERON REISBAUM LLP
220 Fifth Avenue, 14th Floor
New York, New York 10010
Tel: (212) 633-4310
*Attorneys for Plaintiff, 28th Highline Associates, L.L.C.*