| | |
|---|---|
| From: | Jesse Gordon <jesse@gordonpetkos.com> |
| Sent: | Friday, February 02, 2018 2:04 PM |
| To: | Iain Roache |
| Cc: | Vivian Haines; Kevin Petkos; Regan, Michael |
| Subject: | Re: Unit 33 at 520 West 28th Street-Default Notice |

CAUTION: This email is from an external source. Do not click links or attachments unless it's from a verified sender.

Iain,

Thank you for the confirmation. If we can be of any assistance to Michael, please let us know.

Regards,
Jesse


Jesse Gordon
Gordon & Petkos LLP
1790 Broadway
Suite 710
New York, NY 10019

Telephone: (212) 765-8600
Facsimile (212) 765-7887

*********************************************************************
This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
*********************************************************************


On Feb 2, 2018, at 1:59 PM, Iain Roache <iroache@domainventurepartners.net> wrote:

Dear Jesse

I can confirm that after extended dialogue on this matter with Vivian Haines, Head Legal Counsel in my family office, that Michael Regan will now act locally for me in this matter
Best Wishes

Iain

1

Iain Roache
Chairman – Domain Venture Partners

From: Jesse Gordon <jesse@gordonpetkos.com>
Date: Friday, 2 February 2018 15:25
To: Iain Roache <iroache@domainventurepartners.net>
Cc: Kevin Petkos <kevin@gordonpetkos.com>
Subject: Re: Unit 33 at 520 West 28th Street-Default Notice

Iain,
Can you please advise as to the below?

Thanks,
Jesse


Jesse Gordon
Gordon & Petkos LLP
1790 Broadway
Suite 710
New York, NY 10019

Telephone: (212) 765-8600
Facsimile (212) 765-7887

********************************************************************
This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
********************************************************************


On Jan 29, 2018, at 12:13 PM, Jesse Gordon <jesse@gordonpetkos.com> wrote:

Iain,

I hope that this email finds you well. We received a call from Michael Regan that he will be addressing the deposit dispute moving forward. Please confirm that this is correct and that he will be representing your interests moving forward.

Thanks,
Jesse



Jesse Gordon
Gordon & Petkos LLP
1790 Broadway