UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                          :

28TH HIGHLINE ASSOCIATES, LLC,      :

                         Plaintiff,        :

        - against -                    :          18-cv-1468 (VSB) (KHP)

IAIN ROACHE,                         :                **ORDER**

                     Defendant.   :

------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        Before me is Magistrate Judge Katharine H. Parker's unchallenged Report and Recommendation, entered on December 7, 2021, on Plaintiff's motion for attorneys' fees, which recommends that plaintiff be awarded $63,045 in attorneys' fees and $6,945.91 in costs. (Doc. 100.) Because I find no clear error in Magistrate Judge Parker's thorough and well-reasoned Report and Recommendation, it is ADOPTED in its entirety.

        In reviewing a magistrate judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties may raise specific, written objections to the report and recommendation within 14 days of being served with a copy of the report. *Id.*; *see also* Fed. R. Civ. P. 72(b)(2). When a party submits a timely objection, a district court reviews de novo the parts of the report and recommendation to which the party objected. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3). When neither party submits an objection to a report and recommendation, or any portion thereof, a district court reviews the report and recommendation for clear error. *Santana v. Comm'r of Soc. Sec.*, No. 17-CV-2648, 2019 WL 2326214, at *1 (S.D.N.Y. May 30, 2019); *Marte v. Berryhill*, No. 17-CV-3567, 2018 WL

5255170, at *1 (S.D.N.Y. Oct. 22, 2018); *Lewis v. Zon*, 573 F. Supp. 2d 804, 811 (S.D.N.Y. 2008); *Wilds v. United Parcel Serv., Inc.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003).

Here, although the Report and Recommendation explicitly provided that "[t]he Plaintiff shall have fourteen days and the Defendant shall have seventeen days from the service of this Report and Recommendation to file written objections," (Doc. 100, at 12), neither party filed an objection or sought more time to do so. I therefore reviewed Magistrate Judge Parker's thorough and well-reasoned Report and Recommendation for clear error and, after careful review, found none. Accordingly, I ADOPT the Report and Recommendation in its entirety, and Plaintiff's motion for attorney's fees, (Doc. 88) is GRANTED. Plaintiff is awarded $63,045 in attorneys' fees and $6,945.91 in costs.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Defendant.

SO ORDERED.

Dated: April 2, 2025
       New York, New York

*Vernon Broderick*

Vernon S. Broderick
United States District Judge